**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**BRYSON CITY DIVISION**
**CRIMINAL CASE NO. 2:13-mj-00011-MR**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>)<br>vs.　　　　　　　　　　　) <br>)<br>)<br>**WALTER HENRY STANCIL.** )<br>_____ ) | **O R D E R** |

 **THIS MATTER** is before the Court on the Defendant's motion for the admission of attorney L. Allyn Stockton as counsel *pro hac vice* [Doc. 8]. Upon careful review and consideration, the Court will allow the motion.

 **IT IS, THEREFORE, ORDERED** that the motion [Doc. 8] is **ALLOWED**, and L. Allyn Stockton is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk.

 **IT IS SO ORDERED**.　　Signed: October 1, 2013

Martin Reidinger
United States District Judge