# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### BRYSON CITY DIVISION
### CRIMINAL CASE NO. 2:13-mj-00011-MR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| WALTER HENRY STANCIL. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 13].

Upon careful review and consideration, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 13] is **GRANTED**, and the Bill of Information in the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed:     June 19, 2014

Martin Reidinger
United States District Judge